

**CHAMBERS OF**
**PETER T. FAY, SENIOR JUDGE**

(305) 536.5974
99 N.E. FOURTH ST.
SUITE 1250
MIAMI, FLORIDA 33132

Judge Bobby R. Baldock
Chair, Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2010 Filing

Dear Judge Baldock:

In response to you inquiry of June 29, 2011, please be advised that we first bought into the Merrill Lynch PIA Conservative Portfolio on March 19, 2010. The funds we used were those gained by the sales reflected in my report.

I am submitting this in letter form because my Judicial Assistant of 35 years retired and I am severely limited in my computer abilities. Your very helpful staff member, Rachael, suggested this approach after leading me through the procedure to read your letter. She could not have been nicer and I am most appreciative.

Sincerely,



Peter T. Fay



Fay , Peter T.

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FAY, PETER T. | U.S. Court of Appeals, 11 Cir. | 04/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. Circuit Judge | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Justice Building <br> 99 N.E. 4 Street, Suite 1255 <br> Miami, Florida 33132 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Emeritis Member of Board of Trustees | University of Miami, Miami, Florida |
| 2. Emeritis Member of Board of Trustees | University of Florida School of Law, Gainesville, Florida |
| 3. St. Thomas School of Law Board of Advisors | St. Thomas School of Law, Miami, Florida |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T. | 04/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T. | 04/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common stock - Central Ill. Pub. Service Corp. | A | Dividend | J | T | | | | | |
| 2. | | | | | | | | | Left blank intentionally |
| 3. Land near Milton, Florida | | None | K | W | | | | | |
| 4. Mineral lease on land near Milton, Florida | A | Royalty | J | W | | | | | |
| 5. Coca Cola Co. | A | Dividend | J | T | | | | | |
| 6. New York City Mun. Water&Sewer Sys. | A | Interest | K | T | | | | | |
| 7. Nuveen Mun. Fund | B | Dividend | K | T | | | | | |
| 8. New York City Municipal Water Authority | A | Interest | K | T | | | | | |
| 9. Fidelity High Yield Tax Free | A | Dividend | K | T | | | | | |
| 10. Monster Worldwide Inc. | | None | | | Sold | 04/19/10 | J | | |
| 11. Spartan Florida Mun. Fund changed names to Fidelity Mun. Inc | A | Dividend | J | T | | | | | |
| 12. Nuveen Mun. Market Opportunity Fund | A | Dividend | J | T | | | | | |
| 13. Harbor Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 14. Vanguard Group, 500 Portfolio | A | Dividend | K | T | | | | | |
| 15. Vanguard Group, European Portfolio | A | Dividend | K | T | | | | | |
| 16. Wells Fargo acct. now at Bank of America | A | Dividend | K | T | | | | | |
| 17. Time Warner | A | Dividend | | | Sold | 04/19/10 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T. | 04/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American International Group Inc. | | None | | | Sold | 04/19/10 | J | | |
| 19. Amgen Inc. | | None | | | Sold | 04/19/10 | J | | |
| 20. Broadcom Corp. Class A | | None | | | Sold | 04/19/10 | J | | |
| 21. Home Depot Inc. | A | Dividend | | | Sold | 04/19/10 | J | | |
| 22. Melbourne, Fla. Water & Sewer Rev. | A | Interest | K | T | | | | | |
| 23. | | | | | | | | | Left blank intentionally |
| 24. Microsoft Corp. Washington | A | Dividend | | | Sold | 04/19/10 | J | | |
| 25. Brevard County Fla. G/O LTD B/E | B | Interest | K | T | | | | | |
| 26. Cape Coral, Fla. WST WTR & IRR | A | Interest | K | T | | | | | |
| 27. Walmart Stores Inc. | A | Dividend | K | T | | | | | |
| 28. Bank of America Time Deposit (CD) | A | Interest | | | Sold | 08/20/10 | K | A | |
| 29. Alaska Univ. Revs Genl. Ser. | A | Interest | K | T | | | | | |
| 30. | | | | | | | | | Left blank intentionally |
| 31. | | | | | | | | | Left blank intentionally |
| 32. Port Palm Beach Dist. Fla. Rev. | B | Interest | K | T | | | | | |
| 33. Pina CNTY AZ STR & HWY REV | A | Interest | K | T | | | | | |
| 34. | | | | | | | | | Left blank intentionally |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Greene City Ohio Special Assessment | B | Interest | K | T | | | | | |
| 36. | | | | | | | | | Left blank intentionally |
| 37. Condo unit, Melbourne Beach, Fla. | | None | M | W | | | | | |
| 38. Ft. Myers Fla. Gas Tax Revenue | B | Interest | K | T | | | | | |
| 39. Orlando Fla., Waste Water | A | Interest | | | Sold | 04/01/10 | K | A | |
| 40. Lauderhill, Fla. Water & Sewer | B | Interest | K | T | | | | | |
| 41. Tampa Sports Authority | B | Interest | K | T | | | | | |
| 42. Brevard County Fuel Tax Revenue Bond | B | Interest | K | T | | | | | |
| 43. | | | | | | | | | Left blank intentionally |
| 44. Houston TX Independent School District | B | Interest | K | T | | | | | |
| 45. Petroleo Brsileiro Spon Adr | A | Dividend | | | Sold | 04/19/10 | J | | |
| 46. Central Puget Sound WA. Regl Tran. Auth.Sales & Use Tax | B | Interest | K | T . | | | | | |
| 47. Merrill Lynch PIA Conservative Portfolio | C | Dividend | M | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
         P3 =$25,000,001 - $50,000,000            P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Boards of Trustees referred to in Part I are governing boards of universities and not trusts or estates holding assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ PETER T. FAY

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544